**In the Matter of Shirley A. HOAK.**

**No. 737 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

June 24, 2002.

***ORDER***

PER CURIAM.

AND NOW, this 24th day of June, 2002, Shirley A. Hoak having been disbarred from the practice of law in the Commonwealth of Massachusetts by Order of the Supreme Judicial Court for Suffolk County entered July 31, 2001; the said Shirley A. Hoak having been directed on April 2, 2002, to inform this Court of any claim she has that the imposition of the identical or comparable discipline in this Commonwealth would be unwarranted and the reasons therefor; and no response having been filed, it is

ORDERED that Shirley A. Hoak is disbarred from the practice of law in this Commonwealth, and she shall comply with all the provisions of Rule 217, Pa.R.D.E.

■

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner**

v.

**Joel D. CANEY, Respondent.**

**No. 760 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

June 24, 2002.

***O R D E R***

PER CURIAM:

AND NOW, this 24th day of June, 2002, there having been filed with this Court by Joel D. Caney his verified Statement of Resignation dated June 3, 2002, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of Joel D. Caney be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.